IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                        CASE NO.: 1:07cr22-SPM/AK

DAVID BUSTAMANTE,

             Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States

Magistrate Judge, to which there have been no timely objections, and subject to

the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P.

11(e)(2), the plea of guilty of the defendant, DAVID BUSTAMANTE, to Count

One of the information is hereby **ACCEPTED**.  All parties shall appear before this

Court for sentencing as directed.

DONE AND ORDERED this 15th day of August, 2007.

_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge