IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                         CASE NO.: 1:07cr22-SPM/AK

DAVID BUSTAMANTE,

       Defendant.
_____/

**ORDER CONTINUING SENTENCING AND
EXTENDING TIME TO FILE OBJECTIONS**

This cause comes before the Court on Defendant David Bustamante's Unopposed Motion to Continue Sentencing (doc. 26) and Motion for Additional Time to File Objections to Presentence Investigation Report (doc. 27), which is also unopposed (doc. 28). Upon consideration, it is

ORDERED AND ADJUDGED:

1.    The motions (doc. 26 and 27) are granted.

2.    The sentencing hearing is continued to 1:30 p.m. on February 4, 2008, at the United States Courthouse in Gainesville, Florida.

3.    Defendant shall have up to and including December 14, 2007, to file objections to the Presentence Investigation Report.

DONE AND ORDERED this 17th day of October, 2007.

                         *s/ Stephan P. Mickle*
                         Stephan P. Mickle
                         United States District Judge