IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                  CASE NO.: 1:07cr22-SPM/AK

DAVID BUSTAMANTE,

      Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant David Bustamante's unopposed motion to continue his sentencing hearing for 60 days (doc. 32) is granted. The sentencing hearing is reset for 1:30 p.m. on April 7, 2008, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 28th day of January, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge