IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:07cr22-SPM/AK

DAVID BUSTAMANTE,

      Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant David Bustamante's unopposed motion to continue his sentencing hearing (doc. 36) is granted.  The sentencing hearing is reset for 1:30 p.m. on June 2, 2008, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 26th day of March, 2008.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge