IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:07cr22-SPM/AK

DAVID BUSTAMANTE,

     Defendant.
_____/

### ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant David Bustamante's unopposed motion to continue his sentencing hearing (doc. 38) is granted. The sentencing hearing is reset for 1:30 p.m. on July 7, 2008, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 23rd day of May, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge