IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

       Plaintiff

vs.                                                     CASE NO: 1:07cr22-SPM/AK

**DAVID BUSTAMANTE**

       Defendant

_____/

## **FINAL ORDER OF FORFEITURE**

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order Of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on July 7, 2008, this Court entered a Preliminary Order of Forfeiture for:

       **A.**       **$102,900 Money Judgment**

and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendant shall forfeit to the United States the sum of $102,900 pursuant to 21 U.S.C. § 853.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order, and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to

Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $102,900 to satisfy the money judgment in whole or in part.

Executed this 6th day of August, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge